THE STATE OF MISSOURI, Plaintiff in Error, *v.* JAMES R. COOVER, Defendant in Error.

1. *Indictment — Plea of guilty — Jurisdiction.* —Where a person charged with an indictable offense voluntarily submits himself to the jurisdiction of the court by pleading guilty, the judgment is good and will not be reversed. (State v. Warnke, 48 Mo. 451.)

*Error to Nodaway Circuit Court.*

*A. J. Baker*, Attorney-General, for plaintiff in error.

*Johnson & Royal*, for defendant in error.

BLISS, Judge, delivered the opinion of the court.

The defendant was indicted for gambling, and pleaded guilty. He seeks to reverse the judgment because no indictment would lie at the time for the offense. (State v. Huffschmidt, 47 Mo. 73.) But the court has since held that where a party voluntarily submits himself to the jurisdiction by pleading guilty, the judgment is good and will not be reversed. (State v. Warnke, 48 Mo. 457.) The court below set aside the judgment on motion, and its action is reversed and the original judgment affirmed. Judge Wagner concurs. Judge Adams absent.